## IDA HALE WHITLOCK
### vs.
## FLOYD A. BEECHER

Superior Court  New Haven County  File #50193

Present: Hon. EDWIN C. DICKENSON, Judge.

Carl A. Mears,  Attorney for the Plaintiff.

Thomas J. Ryan,  Attorney for the Defendant.

## MEMORANDUM FILED NOVEMBER 16, 1936.

DICKENSON, J. Plaintiff asks for a disclosure of defense. The defendant claims his motion for a more specific statement not having been answered he should not be compelled to disclose.

The two are independent of one another and no motion for a judgment of non-suit has been made for failure to answer the motion for a more specific statement.

The instant motion is granted.